01167/58752 - MLM

FILED BY ˽ D.C.

05 SEP -1 PM 5:08

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE,
WESTERN SECTION, AT MEMPHIS

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> STATEWIDE SECURITY, INC., MARK ) <br> A. LOVE, WAFFLE HOUSE, INC., ) <br> MARCUS ROBINSON, STEVE ) <br> MARTIN, and CARROLL ANTONIO ) <br> MOBLEY, JR., ) <br> ) <br> Defendants. ) | Case No.  05-2514 Ma V |

### ORDER OF VOLUNTARY NON-SUIT WITH REGARD TO
### DEFENDANT STATEWIDE SECURITY SERVICES, INC.

It appearing to the Court that Plaintiff Nautilus Insurance Company desires to take a voluntary non-suit of this cause of action with regard to Defendant Statewide Security Services, Inc. only, as they are entitled to do under the provisions of Rule 41(a)(1) of the Fed. Rules of Civil Procedure,

IT IS, THEREFORE ORDERED this cause of action be and it hereby is, voluntarily dismissed, without prejudice to refiling in accordance with applicable rules and statutes, with regard to Defendant Statewide Security Services, Inc. only. Taxation of costs in this matter shall await the final disposition of this case.

This the 31st day of August, 2005

_____
United States District Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  9-9-05

//

01167/58752 - MLM

APPROVED FOR ENTRY:

RAINEY, KIZER, REVIERE & BELL, PLC

By: _____
MICHAEL L. MANSFIELD, # 018781
Attorneys for Plaintiff
209 East Main Street
P.O. Box 1147
Jackson, TN 38302-1147
731/423-2414

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of this pleading or document was served upon the following counsel for each of the parties by mailing postage prepaid or by hand delivery to the person or office of such counsel.

Statewide Security Services, Inc.
c/o Mike Boga, Registered Agent
4230 Elvis Presley Boulevard, Ste. 406
Memphis, TN 38116

Gregory Newman
Litigation Counsel for
Waffle House, Inc.
Box 6450
Norcross, GA 30091-6450

David McLaughlin
Cochran, Cherry, Givens Smith
 & Bolton
The Cochran Firm
One Commerce Sq., 26th Flr.
Memphis, TN 38103
*Attorney for Marcus Robinson, Steve Martin, Carroll Antonio Mobley, Jr.*

Mark A. Love
4255 Paula Drive
Memphis, TN 38116

Joe Manual
Attorney at Law
147 North Market Street, Ste. C
Chattanooga, TN 37405
*Attorney for River Waffles, LLC*

This the 26 day of August _____, 2005.

_____

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CV-02514 was distributed by fax, mail, or direct printing on September 9, 2005 to the parties listed.

---

Michael L. Mansfield
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Michael L. Mansfield
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Honorable Samuel Mays
US DISTRICT COURT